Believing that the evidence is insufficient to support a conviction for theft of property over the value of $50, the judgment is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## SLAYDON v. STATE. (No. 12514.)

Court of Criminal Appeals of Texas. May 15, 1929.

J. B. McEntire, of Dallas, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is swindling; penalty fixed at confinement in the county jail for a period of 30 days.

The record is here without statement of facts or bills of exceptions and is void of any notice of appeal.

A dismissal of the appeal is ordered.